IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:96cr114-ID |
| | ) | |
| WADE CEDRIC JONES | ) | |

## **ORDER**

On August 6, 2007, pursuant to Fed. R. Crim. P. 32.1, the Court held a preliminary and detention hearing. Based on the evidence presented at the hearing, the Court finds that there is probable cause to believe that Defendant has violated the conditions of his release. The Court further finds that Defendant has not met the burden established under Fed. R. Crim. P. 32.1(a)(b) and will be detained pending a final revocation hearing. Accordingly, it is

ORDERED that Defendant be held to answer the charges against him in this court.

Done this 7th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE